UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VENEGAS, | No. 2:14-cv-0096 CKD P |
| Plaintiff, | |
| v. | ORDER |
| B. MENDOZA, et al., | |
| Defendants. | |

  Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. It appears that plaintiff has attempted to file an application to proceed in forma pauperis along with his complaint. (ECF No. 1 at 45-47.) However, plaintiff has not filed his application on the form used by this district, nor has he filed a completed in forma pauperis affidavit. Accordingly, plaintiff will be provided the opportunity to submit a complete application on the appropriate form. Plaintiff is cautioned that he must also provide a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint.

  In accordance with the above, IT IS HEREBY ORDERED that:

  1. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner; and

/////

1

Case 2:14-cv-00096-KJM-CKD   Document 3   Filed 01/24/14   Page 2 of 2

2. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: January 24, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 /vene0096.3d

2